*[handwritten annotations:]* 7/12/11 Motion to continue is GRANTED. Temporary order to remain in full that ... is an ... in place until the hearing on Preliminary Injunction may be heard. *RSJ*

---

**DISTRICT COURT, BOULDER COUNTY, COLORADO**
1777 Sixth Street
Boulder, Colorado 80302

EFILED Document
CO Boulder County District Court 20th JD
Filing Date: Jul 12 2011 4:53PM MDT
Filing ID: 38653350
Review Clerk: N/A

Plaintiffs: ROSE BUD CATERING AND ROSALIE
ASEBEDO

v.

Defendants: STREET EATS LIMITED AND BEST
VENDORS MANAGEMENT
AND HOME DEPOT, U.S.A., INC.

**Case Number:**

**Courtroom**

Attorneys for Plaintiffs:
Glenn F. Younger, Reg. No. 11831
5900 East Colfax Avenue, Suite 200
Denver, Colorado 80220
Phone Number:  (720) 226-5761
E-mail: glenn.younger@yahoo.com

---

**PLAINTIFFS', ROSE BUD CATERING AND ROSALIE ASEBEDO, UNOPPOSED MOTION TO CONTINUE JULY 13, 2011 HEARING DATE**

Comes Now the Plaintiffs, Rose Bud Catering and Rosalie Asebedo, by and through their Attorney, Glenn F. Younger, and also at the request and consent of the Counsel for Defendants, Street Eats Limited and Best Vendors Management, files this motion requesting this Court grant a continuance to the July 13, 2011 Hearing Date for determination of the Preliminary Injunction, since the parties have are maintaining the status quo.

Recently, during this afternoon, John Trigg, Attorney representing both Defendants, Street Eats Limited and Best Vendors Management, called the undersigned Counsel and requested that the Court be contacted and the matter set for July 13, 2011 at 9:00 a.m. be continued. The undersigned Counsel for Plaintiffs agreed and is thereby filing this unopposed Motion to Continue. For further consideration by the Court, the Home Depot was recently served in this action and at present has no Counsel or representative to appear.
**WHEREFORE**, Plaintiffs request a continuance based upon the above.

Respectfully submitted this 12th day of July 2011.

s/Glenn F. Younger
5900 East Colfax Avenue, Suite 200
Denver, Colorado  80220
Telephone:  (720) 226-5761

1



EXHIBIT
9

## CERTIFICATE OF SERVICE

On July 12, 2011, I certify that I sent a Copy of this Unopposed Motion to Continue to the Attorney for the Defendants, Street Eats Limited and Best Vendors Management per his E-Mail address:

Mr. John Trigg
Attorney at Law
1801 California Street, Suite 3600
Denver, Colorado 80202
E-Mail address: Trigg@wtotrial.com

s/Glenn F. Younger

2