**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01925-REB-MJW

ROSE BUD CATERING, and
ROSALIE ASEBEDO,

    Plaintiffs,

v.

STREET EATS LIMITED,
BEST VENDORS MANAGEMENT, and
HOME DEPOT, U.S.A., INC.,

    Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter before me is defendant Home Depot, U.S.A., Inc's **Response To Order To Show Cause** [#24][1] filed August 16, 2011. After reviewing the response and the file, I conclude that the order should be discharged.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#22] entered August 10, 2011, is **DISCHARGED**; and

2. That the Clerk of the Court **SHALL REMOVE** Ms. Karen Polyakov, Esq., as an attorney representing defendant, Home Depot, U.S.A., Inc., in this litigation.

Dated August 16, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.